IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO  DIVISION


JASON J. ANGEL and MORGAN ANGEL,     *

     *

     Plaintiffs,     *

     *

vs.     *     No. 3:09CV00018 SWW

     *

BNSF RAILWAY COMPANY, ET AL.,     *

     *

     Defendants.     *

     *


**Order of Dismissal**


Pursuant to the stipulation filed by the plaintiffs that this matter may be dismissed,

IT IS THEREFORE ORDERED that plaintiffs' complaint against defendants in this

matter hereby is dismissed with prejudice.

DATED this 14th day of January, 2010.



/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE